# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

------------------------------------- x

ALEXANDER ANDERSON,

                Plaintiff,

     -against-                                 <u>ORDER</u>

NEW YORK CITY HEALTH AND HOSPITALS        16 Civ. 1051 (GBD) (KHP)
CORPORATION et al.,

                Defendants.

------------------------------------- x

GEORGE B. DANIELS, United States District Judge:

The parties shall file any objections to Magistrate Judge Katharine H. Parker's March 2, 2020 Report and Recommendation, (ECF No. 193), by no later than March 19, 2020. The parties shall file any responses to any objections by no later than March 27, 2020.

Dated: New York, New York
       March 13, 2020

                                                SO ORDERED.

                                                GEORGE B. DANIELS
                                                UNITED STATES DISTRICT JUDGE