UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------- x

ALEXANDER ANDERSON,

                      Plaintiff,

     -against-

NEW YORK CITY HEALTH
AND HOSPITALS CORPORATION
and ATHENA MOTAL,

                      Defendants.

------------------------------------- x



ORDER

16 Civ. 1051 (GBD)

GEORGE B. DANIELS, United States District Judge:

The Parties request to adjourn the initial conference set for May 26, 2021 until June 23, 2021 at 9:30 a.m., (ECF No. 207), is GRANTED.

The Parties' request to extend the deadline to file a proposed joint pretrial order on or before June 18, 2021, (ECF No. 207), is GRANTED.

The Clerk of Court is directed to close the letter motion at ECF No. 207.

Dated: May 18, 2021
       New York, New York

                                        SO ORDERED.

                                        GEORGE B. DANIELS
                                        United States District Judge