UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x
ALEXANDER ANDERSON,

                Plaintiff,

    -against-

NEW YORK CITY HEALTH AND HOSPITALS
CORPORATION, and ATHENA MOTAL,
*Individually and As Executive Director of Social Services*,

                Defendants.

------------------------------------x

ORDER

16 Civ. 1051 (GBD)

GEORGE B. DANIELS, United States District Judge:

    The Parties' request to extend the time to file a joint pretrial order from June 18, 2021 to July 2, 2021, (ECF No. 210), is GRANTED.

    The pretrial conference is adjourned from June 23, 2021 until July 23, 2021 at 9:45 a.m.

    The Clerk of Court is directed to close the letter motion, (ECF No. 210), accordingly.

Dated: June 10, 2021
       New York, New York

                              SO ORDERED.

                              GEORGE B. DANIELS
                              United States District Judge