**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

ALEXANDER ANDERSON,                         :

              Plaintiff,                  :

             -against-                     :          ORDER

NEW YORK CITY HEALTH AND HOSPITALS  :          16 Civ. 1051 (GBD)
CORPORATION, and ATHENA MOTAL,              :
*Individually and As Executive Director of Social*  :
*Services*,                              :

             Defendants.                  :

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

GEORGE B. DANIELS, United States District Judge:

The pretrial conference is adjourned from July 23, 2021 until July 28, 2021 at 9:45 a.m.

Dated: JUL 1 4 2021
      New York, New York

                            SO ORDERED.

                              _George B. Daniels_

                              GEORGE B. DANIELS
                            UNITED STATES DISTRICT JUDGE