

| | | |
|---|---|---|
| **GEORGIA M. PESTANA**<br>*Acting Corporation Counsel* | T**HE** C**ITY OF** N**EW** Y**ORK**<br>**LAW DEPARTMENT**<br>100 CHURCH STREET<br>NEW YORK, NY 10007 | **J. KEVIN SHAFFER**<br>Senior Counsel<br>Labor & Employment Law Division<br>(212) 356-1105<br>jshaffer@law.nyc.gov |

July 26, 2021

**BY ECF**
Honorable George B. Daniels
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

          Re:   <u>Alexander Anderson v. New York City Health and Hospital Corp., et ano.</u>,
                16 Civ. 1051 (GBD) (KHP)

Dear Judge Daniels:

        I am an Assistant Corporation Counsel in the office of Georgia M. Pestana, Acting Corporation Counsel of the City of New York, and the attorney assigned to the defense of the above-referenced matter. I write this joint letter, on behalf and consent of all parties, at the request of the Court, and in anticipation of the pretrial conference scheduled on Wednesday, July 28, 2021, at 9:45 am, to request that the Court schedule this case for a jury trial as set forth below.

        The parties respectfully request that the Court schedule this case for a jury trial to commence: **(a)** on October 25, 2021, with a final pretrial conference on September 24, 2021; or **(b)** on November 1, 2021, with a final pretrial conference on October 1, 2021. The parties further request that their requests to change, proposed voir dire questions, motions in limine, or any pretrial memoranda, be filed no later than 30 days prior to the commencement of trial, in accordance with the Court's Individual Rule VI.B. The parties have conferred and presently have no additional matters to bring to the Court's attention in advance of Wednesday's pretrial conference.

        The parties thank the Court for its consideration of this request.

        Respectfully submitted,

        */s/ J. Kevin Shaffer*

        J. Kevin Shaffer
        Assistant Corporation Counsel

cc:   Delmas A. Costin (via ECF)
       Attorney for Plaintiff