UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x
ALEXANDER ANDERSON,

                Plaintiff,

    -against-                       ORDER

NEW YORK CITY HEALTH AND HOSPITALS    16 Civ. 1051 (GBD)
CORPORATION, and ATHENA MOTAL,
*Individually and As Executive Director of Social
Services*,

                Defendants.

------------------------------------x

GEORGE B. DANIELS, United States District Judge:

    The pretrial conference on July 28, 2021 is adjourned to November 3, 2021 at 9:45 a.m. A jury trial is set to begin December 6, 2021 at 9:45 a.m.

Dated: July 27, 2021
       New York, New York

                                    SO ORDERED.

                                    GEORGE B. DANIELS
                                    United States District Judge