UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------- x

ALEXANDER ANDERSON,

                      Plaintiff,

-against-

NEW YORK CITY HEALTH AND HOSPITALS
CORPORATION and ATHENA MOTAL,

                      Defendants.

------------------------------------- x

ORDER

16 Civ. 1051 (GBD) (KHP)

GEORGE B. DANIELS, United States District Judge:

    The Clerk of the Court is directed to close the open motions at ECF Nos. 228, 250 (motions in limine), and 255 (motion to adopt proposed verdict form) as having been resolved at a prior trial.

Dated: New York, New York
         April 14, 2022

                                            SO ORDERED.

                                            *George B. Daniels*

                                            GEORGE B. DANIELS
                                            United States District Judge