UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------- x

ALEXANDER ANDERSON,

                              Plaintiff,

     -against-

NEW YORK CITY HEALTH AND HOSPITALS
CORPORATION and ATHENA MOTAL,

                            Defendants.

------------------------------------- x

ORDER

16 Civ. 1051 (GBD) (KHP)

GEORGE B. DANIELS, United States District Judge:

    Plaintiff's opposition papers to Defendant's Motion for Judgment as a Matter of Law, (ECF No. 282), are due by May 27, 2022. Plaintiff's reply papers are due by June 10, 2022.

Dated: May 9, 2022
         New York, New York

                                                  SO ORDERED.

                                                  GEORGE B. DANIELS
                                                  UNITED STATES DISTRICT JUDGE