UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------- x
ALEXANDER ANDERSON,

                        Plaintiff,

      -against-

NEW YORK CITY HEALTH AND HOSPITALS
CORPORATION,

                      Defendant.
------------------------------------- x

ORDER

16 Civ. 1051 (GBD) (KHP)

GEORGE B. DANIELS, United States District Judge:

Plaintiff's request to strike Defendant's May 6, 2022 Notice of Motion for Judgment as a Matter of Law, and accompanying Memorandum of Law, (ECF Nos. 282 and 284), is denied.

Plaintiff's request for an extension to June 10, 2022 to provide opposition to Defendant's Motion is granted. Reply papers are due by June 24, 2022.

The status conference scheduled for May 24, 2022 is adjourned to June 29, 2022 at 10:00 a.m.

Dated: May 20, 2022
       New York, New York

                                      SO ORDERED.

                                      GEORGE B. DANIELS
                                      United States District Judge