UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------- x
ALEXANDER ANDERSON,

                            Plaintiff,

        -against-

NEW YORK CITY HEALTH AND HOSPITALS
CORPORATION,

                          Defendant.
------------------------------------- x

ORDER

16 Civ. 1051 (GBD) (KHP)

GEORGE B. DANIELS, United States District Judge:

    The status conference scheduled for June 29, 2022 is rescheduled to June 15, 2022 at 10:00 a.m.

    The Clerk of the Court is directed to close the open motion at ECF No. 291.

Dated: May 31, 2022
        New York, New York

SO ORDERED.

*George B. Daniels* (signature)

GEORGE B. DANIELS
United States District Judge