UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------- x

ALEXANDER ANDERSON,

                        Plaintiff,

     -against-

NEW YORK CITY HEALTH AND HOSPITALS CORPORATION,

                        Defendant.

------------------------------------- x

ORDER

16 Civ. 1051 (GBD) (KHP)

GEORGE B. DANIELS, United States District Judge:

     The status conference scheduled for June 15, 2022 is adjourned to August 3, 2022 at 9:45 a.m.

Dated:  June 9, 2022
           New York, New York

SO ORDERED.

*George B Daniels*
GEORGE B. DANIELS
United States District Judge