UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------- x

ALEXANDER ANDERSON,

                            Plaintiff,

      -against-

NEW YORK CITY HEALTH AND HOSPITALS
CORPORATION,

                           Defendant.

------------------------------------- x

ORDER

16 Civ. 1051 (GBD) (KHP)

GEORGE B. DANIELS, United States District Judge:

    The status conference scheduled for August 3, 2022 is adjourned to September 28, 2022 at 9:45 a.m.

Dated: July 27, 2022
       New York, New York

SO ORDERED.

_____
GEORGE B. DANIELS
United States District Judge