UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
ALEXANDER ANDERSON,

                       Plaintiff,              16 **CIVIL** 1051 (GBD)(KHP)

-v-                              **JUDGMENT**

NEW YORK CITY HEALTH AND HOSPITALS
CORPORATION,

                       Defendant.
------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memorandum Decision and Order dated March 20, 2023, that NYCHCC's motion for judgment as a matter of law with respect to Plaintiff's retaliation claims under Title VII and the NYCHRL is GRANTED. Plaintiff's request for a new trial is DENIED; accordingly, the case is closed.


**Dated:**  New York, New York
           March 20, 2023

                                                      **RUBY J. KRAJICK**

                                                            **Clerk of Court**

                            **BY:**

                                                            **Deputy Clerk**